**United States Bankruptcy Court**
**Eastern District of California**

In re  **FREON LOGISTICS**

Debtor(s)

Case No. _____

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Hardeep Singh**, declare under penalty of perjury that I am the **Chief Executive Officer** of **FREON LOGISTICS**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **8TH** day of November, 2022.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hardeep Singh, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Hardeep **Singh, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Hardeep Singh, Chief Executive Officer** of this Corporation is authorized and directed to employ **Leonard K. Welsh 097954**, attorney and the law firm of **Law Office of Leonard K. Welsh** to represent the corporation in such bankruptcy case."

Date  **November 8, 2022**

Signed  **/s/ Hardeep Singh**
**Hardeep Singh**

Resolution of Board of Directors
of
**FREON LOGISTICS**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hardeep Singh, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Hardeep Singh, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Hardeep Singh, Chief Executive Officer** of this Corporation is authorized and directed to employ **Leonard K. Welsh 097954**, attorney and the law firm of **Law Office of Leonard K. Welsh** to represent the corporation in such bankruptcy case.

Date  **November 8, 2022**                    Signed  **/s/ Hardeep Singh**