## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**Case Title:** FREON LOGISTICS          **Case No.:** 22-11907 - B - 11
                                          **Docket Control No.** LKW-4
                                          **Date:** 11/15/2022
                                          **Time:** 9:30 AM

**Matter:** [26] - Motion/Application for Administrative Expenses [LKW-4] Filed by Debtor FREON LOGISTICS (vmcf)

**Judge: René Lastreto II**
**Courtroom Deputy: Leticia Beltran**
**Reporter: Electronic Record**
**Department: B**

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney - Leonard K. Welsh
**Respondent(s):**
(by zoom) U.S. Trustee's Attorney - Jorge Gaitan
(by zoom) Creditor's Attorney - Talin Keshishian

## CIVIL MINUTES

Motion Granted

For the reasons stated on the record, the motion was granted.

The moving party shall submit a proposed order.