9

JENNIFER WITHERELL CRASTZ - SBN 185487
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
Email: jcrastz@hrhlaw.com

Attorneys for Movant,
Verdant Commercial Capital, LLC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re:<br>FREON LOGISTICS<br><br><br>Debtor(s) | **Bankruptcy Case No.:** 22-11907<br>**Docket Control Number:** JWC-2<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date: January 10, 2023<br>Hearing Time: 9:30 a.m.<br>Location: 13 (DEPT. B)<br>Judge: Hon. Rene Lastreto II |
|---|---|
| N/A<br><br>Plaintiff(s)<br>v.<br><br><br>Defendant(s) | **Adversary Proceeding No.** *(if applicable)*: N/A<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:<br>Hearing Time:<br>Location:<br>Judge: |

## CERTIFICATE OF SERVICE OF

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY [PERSONAL PROPERTY]; SUPPORTING DOCUMENTS

1

EDC Form 7-005, Rev. 10/22

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status.** I am ☑ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☐ my business/employer is _____ and my ☑ business address **or** ☐ mailing address if not a business is:

   15910 Ventura Blvd., 12th Floor, Encino, CA 91436 _____.

3. **About the Case/Proceeding.** (*Check at least one type of case/proceeding and as many subheadings thereunder as* applicable.)

   ☐ **Chapter 7 case** (*indicate below if subject to limited noticing; check all that are applicable.*)

   ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable.)*

   ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5).

   ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____.

   ☐ **Chapter 12 or 13 case** (*indicate below if subject to limited noticing; check all that are applicable.*)

   ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7.

   ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3).

   ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no ____.

   ☐ **Chapter 9 case** (*indicate below if subject to limited noticing*)

   ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

   ☑ **Chapter 11 case** (*indicate below if subject to limited noticing*)

   ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4.

   ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

   ☐ **Chapter 15 case**

   ☐ **Adversary Proceeding**

4. **About the Documents Served**
   On December 5, 20 22, by the method(s) specified below, the following documents were served *(list in space provided):*

   1) NOTICE OF HEARING; 2) MOTION FOR RELIEF FROM STAY [PERSONAL PROPERTY]; 3) DECLARATION OF CHRIS KELLEY IN SUPPORT THEREOF; 4) DECLARATION OF JENNIFER WITHERELL CRASTZ; 5) EXHIBITS 1 THRU 6 TO THE DECLARATION OF CHRIS KELLEY IN SUPPORT; 6) RELIEF FROM STAY INFORMATION SHEET

   **or** ☐ those documents described in the list appended hereto and numbered *Attachment 4.*

5. **Who is Being Served**
   Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

   ☑ Debtor(s)
   ☑ Debtor's attorney(s)
   ☐ Trustee
   ☑ U.S. Trustee
   ☐ Attorneys of record who have appeared in the Bankruptcy Case, the Adversary Proceeding, or contested matter.
   ☐ Plaintiff(s)
   ☐ Defendant(s)
   ☐ All committee members
   ☐ Attorney for committee members
   ☐ Equity security holders
   ☑ Persons who have filed a Request for Notice

   ☐ All creditors and parties in interest (Notice of Hearing only)
   ☐ Only creditors that have filed claims (Notice of Hearing only)
   ☐ All creditors and parties in interest
   ☑ Fewer than all creditors *(check at least one below)*
   ☐ Creditors that have filed claims
   ☐ Creditors holding allowed secured claims
   ☐ Creditors holding allowed priority unsecured claims
   ☐ Creditors holding leases or executory contracts that have been assumed
   ☑ 20 largest creditors
   ☐ Administrative claimants
   ☐ Other party(ies) in interest

6. **How Service is Accomplished**

    A. ☐   **Rule 7004 Service.** *(Check at least one, if applicable.)*

        1. ☐   **First Class Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A1***.

        2. ☐   **Certified Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A2***.

        3. ☐   **Publication**

Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered ***Attachment 6A3***.

    B. ☑   **Rule 5 and Rules 7005, 9036 Service** *(Check at least one, if applicable.)*

        1. ☐   **Electronic Service on Registered Users of the Court's Electronic Filing System.**

Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B1***.

        2. ☑   **U.S. Mail**

Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

           a.   **Parties in interest**

              ☐   **Clerk's Matrix of Creditors.** A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B2***. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading. WARNING: If "raw data format" of the Clerk's Matrix of Creditors is Attachment 6B2, the signer of the Certificate of Service hereby swears that no changes to the matrix have been made except (1) formatting; and/or (2) "X" ing out of person not served. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

              ☑   **List Other Than the Clerk's Matrix of Creditors.** Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered ***Attachment 6B2***.

           b. ☑   **Request for Special Notice List.** A copy of the Clerk of the Court's matrix of creditors who have filed a Request for Special Notice is appended hereto and numbered ***Attachment 6B3***.

           c ☐   **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered ***Attachment 6B4***.

        3. ☐   **Other Methods of Service**

Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A)-(F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered ***Attachment 6B5***.

**7. Who Accomplished Service**

    A. **Attorney/Trustee** *(Check as many as apply)*

        **Rule 7004 Service**
- ☐ § 6A(1): First Class Mail
- ☐ § 6A(2): Certified Mail
- ☐ § 6A(3): Publication

        **Rule 5 Service**
- ☐ § 6B(1): Elec. Service on Registered e-Filers
- ☑ § 6B(2)(a): U.S. Mail
- ☑ § 6B(2)(b): Request for Special Notice
- ☐ § 6B(2)(c): Other Parties in Interest § 5
- ☐ § 6B(3): Other Methods of Service

    B. **Third Party Service Provider** *(Check as many as apply)*

        **Rule 7004 Service**
- ☐ § 6A(1): First Class Mail
- ☐ § 6A(2): Certified Mail
- ☐ § 6A(3): Publication

        **Rule 5 Service**
- ☐ § 6B(1): Elec. Service on Registered e-Filers
- ☐ § 6B(2)(a): U.S. Mail
- ☐ § 6B(2)(b): Request for Special Notice
- ☐ § 6B(2)(c): Other Parties in Interest § 5
- ☐ § 6B(3): Other Methods of Service

**Attorney/Trustee** *(includes regularly employed staff members):*

I swear under penalty of perjury that: (1) the representations in Sections 1-5 hereof are true and correct; and (2) I served those parties in interest marked in Section 7A in the manner set forth in the referenced portion of Section 6.

Executed on December 5, 20 22, at Encino, CA.
                                                              City                        State

JENNIFER WITHERELL CRASTZ          /s/ Jennifer Witherell Crastz
Print Name                                      Signature

**Third Party Service Provider** *(if applicable):*

I am over the age of 18 years and not a party to the above-entitled case. I swear under penalty of perjury that I served those parties in interest marked in Section 7B in the manner set forth in the referenced portion of Section 6.

Executed on NOTAPPLICABLE, 20____, at _____.
                                                              City                        State

_____          _____
Name                                           Signature
_____
Company Name
_____
Address
_____
City             State      Zip Code

## Attachment 6B2
### (List Other Than the Clerk's Matrix of Creditors)

**Debtor**
Freon Logistics
8200 North Laurelglen Blvd.
No. 1906
Bakersfield, CA 93311

**Debtors' Attorney**
Leonard K. Welsh
Law Offices of Leonard K. Welsh
1800 30th Street, Fourth Floor
Bakersfield, CA 93301

**Office of the U.S. Trustee**
Office of the U.S. Trustee
Attn: Tracy Hope Davis/Jorge A. Gaitan
United States Courthouse
501 I St #7-500
Sacramento, CA 95814

### TWENTY LARGEST UNSECURED CREDITORS

| | |
|---|---|
| American Express<br>Three World Financial Center<br>200 Vesey Street<br>New York, NY 10285 | Jerry & Keith, Inc.<br>P.O. Box 10357<br>2814 Landco Drive<br>Bakersfield, CA 93314 |
| Pilot<br>5500 Lonas Drive, Suite 260<br>Knoxville, TN 37909 | MCT Companies<br>13986 Valley Ridge Drive<br>Omaha, NE 68138 |
| Corcentric LLC<br>200 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002 | Pape Kenworth<br>P.O. Box 351444<br>Seattle, WA 98124 |
| Valley Pacific<br>152 Frank West Circle, Ste. 100<br>Stockton, CA 95206 | Bakersfield Truck Center<br>P.O. Box 80057<br>Bakersfield, CA 93380 |
| Interstate Billing Services<br>2114 Veterans Drive SE<br>Decatur, AL 35601 | Color Coat Restoration, Inc.<br>5601 Rosedale Highway, Suite B<br>Bakersfield, CA 93308 |
| Loves Travel Stops<br>P.O. Box 842568<br>Kansas City, MO 64184 | Kern County Treasurer and Tax Collector<br>1115 Truxtun Avenue, Second Floor<br>Bakersfield, CA 93301 |

| | |
|---|---|
| Balwinder Singh<br>c/o Inderraj Singh, Esq.<br>1706 Chester Avenue, Suite 412<br>Bakersfield, CA 93301<br><br>Wex Fleetone<br>152 Frank West Circle, Ste. 100<br>Stockton, CA 95206 | |

## Attachment 6B3
### (Request for Special Notice)

**Attorney for Creditor M&T Capital and Leasing Corporation f/k/a People's Capital and Leasing Corp.**
Kevin J. McEleney
Updike, Kelly & Spellacy, P.C.
225 Asylum Street, 20th Floor
Hartford, CT 06103

**Attorneys for Creditors (1) Commercial Credit Group; (2) Ascentium Capital LLC**
Andrew K. Alper
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427

**Attorneys for ReefCo, LLC dba MCT Companies**
Charles F. Whitman
BUCHALTER, APC
655 W. Broadway, Suite 1600
San Diego, CA 92101

**Attorneys for Fruitvale Financial, LLC**
Lauren A. Rode
Griffith & Thornburgh, LLP
8 East Figueroa Street, Suite 300
Santa Barbara, CA 93101

**Attorneys for TBK Bank, SSB**
Matthew J. Olson / Rachel P. Stoian
Dorsey & Whitney LLP
167 Hamilton Avenue, Suite 200
Palo Alto, CA 94301

**Attorneys for PACCAR Financial Corp.**
Thomas G. Mouzes
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814

**Attorneys for Western Truck Parts & Equipment Company**
Raymond A. Policar
Law Offices of Raymond A. Policar
Post Office Box 74093
Davis, CA 95617-5093

| | |
|---|---|
| 1 | **Attorneys for Ryder Truck Rental, Inc.** |
| 2 | Steven T. Gubner / Talin Keshishian |
| | BG Law LLP |
| 3 | 21650 Oxnard Street, Suite 500 |
| | Woodland Hills, CA 91367 |
| 4 | |
| 5 | **Bankruptcy Servicer for Ally Bank** |
| | Arvind Nath Rawal, Claims Processor |
| 6 | AIS Portfolio Services, LLC |
| | 4515 N Santa Fe Ave. Dept. APS |
| 7 | Oklahoma City, OK 73118 |
| 8 | **Attorneys for Indigo Commercial Funding, LLC** |
| | Brian S. Healy |
| 9 | Tierney, Watson & Healy, APC |
| 10 | 48 Gold Street, Fl 1 |
| | San Francisco, California 94133 |
| 11 | |
| 12 | **Attorneys for Wells Fargo Equipment Finance Inc.** |
| | Marsha A. Houston |
| 13 | Christopher O. Rivas |
| | Reed Smith LLP |
| 14 | 355 South Grand Avenue, Suite 2900 |
| | Los Angeles, CA 90071 |
| 15 | |
| 16 | **Attorneys for Movant, Trans Lease, Inc.** |
| | Randall P. Mroczynski |
| 17 | Cooksey, Toolen, Gage, Duffy & Woog |
| | 535 Anton Boulevard, Tenth Floor |
| 18 | Costa Mesa, California 92626-1977 |
| 19 | **Attorneys for Mitsubishi HC Capital America Inc.** |
| | Holly J. Nolan |
| 20 | Solomon, Grindle, Lidstad & Wintringer, APC |
| | 11512 El Camino Real, Suite 360 |
| 21 | San Diego, California 92130 |
| 22 | |
| 23 | **Attorneys for Continental Bank** |
| | Brett H. Ramsaur |
| 24 | Ramsaur Law Office |
| | 27025 Cabot Road, Suite 110 |
| 25 | Laguna Hills, California 92653 |
| 26 | **Attorneys for BMO Harris Bank N.A.** |
| | Paul F. Ready |
| 27 | Farmer & Ready, ALC |
| | 1254 Marsh Street |
| 28 | San Luis Obispo, California 93401 |

**Attorneys for E.M. Tharp, Inc.**
Riley C. Walter
Wanger Jones Helsley
265 East River Park Circle, Ste. 310
Fresno, California 93720