MATTHEW J. OLSON - SBN 265908
RACHEL P. STOIAN - SBN 300159
olson.matt@dorsey.com
stoian.rachel@dorsey.com
DORSEY & WHITNEY LLP
167 Hamilton Avenue, Suite 200
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288

Attorneys for TBK Bank, SSB

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>FREON LOGISTICS,<br><br>          Debtor. | Case No. 22-11907-B-11<br><br>Chapter 11<br><br>Docket Control No. DW-1<br><br>Proposed Hearing:<br>Date:   December 13, 2022<br>Time:   9:30 a.m.<br>Place:  Zoom<br><br>Hon. René Lastreto II |

**NOTICE OF HEARING ON THE FIRST SUPPLEMENTAL MOTION OF
TBK BANK, SSB MOTION FOR RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362(d)(1)**

NOTICE IS HEREBY GIVEN, that on **December 13, 2022 at 9:30 a.m.**, the Court will hold a hearing via Zoom on the first supplemental motion (the "First Supplemental Motion") of TBK Bank, SSB seeking entry of an order granting it further relief from the automatic stay pursuant to sections 105(a) and 362(d)(1) of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and granting such other, further, and different relief as this Court deems just and proper. Copies of the Motion and its supporting pleadings are enclosed and may also be obtained by contacting the undersigned, the Clerk of the Court, or accessing the Court's PACER system at https://ecf.caeb.uscourts.gov.

NOTICE IS FURTHER GIVEN that the hearing will be held via ZoomGov video and telephone. Prior to the hearing, parties appearing via Zoom are encouraged to review the Court's Zoom Policies and Procedures available at www.caeb.uscourts.gov/Judges/Lastreto. Parties in interest and members of the public may connect to the video and audio feeds, free of charge, using the connection information provided on the Court's Pre-Disposition posting for the hearing date available at www.caeb.uscourts.gov/Calendar/PreHearingDispositions.

NOTICE ID FURTHER GIVEN that parties in interest can determine (a) whether the matter has been has been resolved without oral argument; (b) whether the court has issued a tentative ruling that can be viewed by checking the pre-hearing dispositions on the court's website at http://www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing; and (c) parties appearing telephonically must view the prehearing dispositions prior to the hearing.

NOTICE IS FURTHER GIVEN that no written opposition to the Motion is required; opposition, if any, to the Motion, may be made orally at the hearing.

NOTICE IS FURTHER GIVEN that parties may determine if this matter has been resolved without oral argument or whether the Court has issued a tentative ruling, and may view pre-hearing dispositions, by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing.

DATED: December 9, 2022            DORSEY & WHITNEY LLP

By: /s/ Rachel P. Stoian
　　　Rachel P. Stoian
　　　Attorneys for TBK Bank, SSB