# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title:** FREON LOGISTICS

**Case No.:** 22-11907 - B - 11
**Docket Control No.**
**Date:** 12/13/2022
**Time:** 9:30 AM

**Matter:** [149] - Amended Motion/Application to Convert Case From Chapter 11 to Chapter 7 [UST-1] Re: [136] Motion/Application to Convert Case from Chapter 11 to Chapter 7 case. Filed by U.S. Trustee Tracy Hope Davis (pdes) [149] - Amended Motion/Application to Dismiss Case [UST-1]. [136] Motion/Application to Dismiss Case Filed by U.S. Trustee Tracy Hope Davis (pdes)

**Judge:** René Lastreto II
**Courtroom Deputy:** Carina Weed
**Reporter:** Electronic Record
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) U.S. Trustee's Attorney - Jorge Gaitan
**Respondent(s):**
(by zoom) Creditor's Attorney - Raffi Khatchadourian; (by zoom) Debtor's Attorney - Leonard K. Welsh; (by phone) Creditor's Attorney - Marsha A. Houston I; (by zoom) Creditor's Attorney - Rachel Stoian; (by phone) Creditor's Attorney - Russell W. Reynolds; (by zoom) Creditor's Attorney - Paul F. Ready; (by zoom) Creditor's Attorney - Andrew K. Alper; (by zoom) Creditor's Attorney - Chris D. Kuhner; (by zoom) Creditor's Attorney - Holly J. Nolan; (by zoom) Creditor's Attorney - Jacqueline L. Rodriguez; (by zoom) Creditor's Attorney - Kevin J McEleney; (by zoom) Creditor's Attorney - Jennifer Witherell Crastz; (by zoom) Creditor's Attorney - William Healy; (by zoom) Creditor's Attorney - Bashar Ahmad; (by phone) Creditor's Attorney - Riley Walter; (by zoom) Creditor's Attorney - Talin Keshishian

---

### CIVIL MINUTES

Motion Granted

For the reasons stated on the record, The motion to dismiss case and/or convert to chapter 7 was granted. The case was converted to chapter 7.

The court will issue an order.