2

GREGORY POWELL, State Bar No. 182199
Assistant United States Trustee
JORGE A. GAITAN, State Bar No. 288427
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Facsimile: (559) 487-5030
Email: jorge.a.gaitan@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## BAKERSFIELD DIVISION

| | |
|---|---|
| In re:<br><br>FREON LOGISTICS,<br><br><br><br><br><br>　　　　　　　　　　　Debtor. | Case No. 22-11907<br>Chapter 11<br>DC No.: UST-1<br><br>Date: December 13, 2022<br>Time: 9:30 a.m.<br>Place: United States Courthouse<br>　　　　Courtroom 13, Fifth Floor<br>　　　　2500 Tulare Street<br>　　　　Fresno, California<br><br>Judge: Hon. Rene Lastreto II |

**ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014; AND CONVERTING BANKRUPTCY CASE TO A CASE UNDER CHAPTER 7**

On November 30, 2022, Tracy Hope Davis, the United States Trustee for Region 17 (the "U.S. Trustee"), filed a Motion, pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Convert or Dismiss the Chapter 11 case of Freon Logistics (Case No. 22-11907) (the "Motion")[2] (UST-1). Concurrent with the filing of the

---

[2] The Motion and all documents in support were later amended to include the correct hearing information consistent with the Court's Order Shortening Time. UST-1, ECF Nos. 149-152.

- 1 -

Motion, the U.S. Trustee filed an Application for Order Shortening Time which was granted by the Court on December 1, 2022. ECF No. 140. The Debtor's response was filed on December 12, 2022 (the "Opposition"). ECF No. 266. A hearing on the Motion was conducted at the above date and time. Appearances were as noted on the record at the hearing.

Now, having considered the pleadings and evidence filed in support of the Motion and the Debtor's Opposition and arguments in response; the full record of the case; the additional arguments of creditors in support of the Motion; and for the reasons set forth by the Court on the record at the hearing; and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the U.S. Trustee's Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the case of Freon Logistics (Case No. 22-11907) is hereby **CONVERTED** to a case under chapter 7.

APPROVED AS TO FORM:

*Leonard K. Welsh*
LEONARD K. WELSH
COUNSEL FOR THE DEBTOR

Dated: Dec 14, 2022

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

- 2 -