Holly J. Nolan, Esq., SBN 140755
Solomon Grindle Lidstad & Wintringer, APC
11512 El Camino Real, Suite 360
San Diego, California 92130
Email: holly@sglwlaw.com
Telephone: (858) 793-8500

Attorney for: Sumitomo Mitsui Finance

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>FREON LOGISTICS, INC.,<br><br><br><br>Debtor(s) | **Bankruptcy Case No.:** 22-11907<br>**Docket Control Number:** HJN.003<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date: February 28, 2023<br>Hearing Time: 1:30 p.m.<br>Location: 2500 Tulare Street, Fresno, CA<br>Judge: Rene Lastreto |
|---|---|
| <br>v.<br><br><br>Plaintiff(s)<br><br><br><br>Defendant(s) | **Adversary Proceeding No.** *(if applicable)*:<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:<br>Hearing Time:<br>Location:<br>Judge: |

## CERTIFICATE OF SERVICE OF

**Sumitomo Mitsui Finance and Leasing Co., LTD's
Motion for Relief from Automatic Stay and Supporting Documents**

EDC Form 7-005, Rev. 10/22

1

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status.** I am ☐ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☑ my business/employer is  Solomon Grindle, et al.  and my ☑ business address **or** ☐ mailing address if not a business is:
   Solomon Grindle Lidstad & Wintringer, APC - 11512 El Camino Real, Suite 360, San Diego, California  92130 .

3. **About the Case/Proceeding.** *(Check at least one type of case/proceeding and as many subheadings thereunder as applicable.)*

| ☑ **Chapter 7 case** *(indicate below if subject to limited noticing; check all that are applicable.)* | ☐ **Chapter 12 or 13 case** *(indicate below if subject to limited noticing; check all that are applicable.)* |
|---|---|
| ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable.)* | ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7. |
| ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5). | ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only).  This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3). |
| ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____. | ☐ This case is subject to an order limiting service. Fed. R. Bankr. P.  2002(m). The order limiting service is docketed at ECF no ____. |
| ☐ **Chapter 9 case** *(indicate below if subject to limited noticing)* | ☐ **Chapter 11 case** *(indicate below if subject to limited noticing)* |
| ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. | ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4. |
|  | ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. |
| ☐ **Chapter 15 case** | ☐ **Adversary Proceeding** |

4. **About the Documents Served**
On January  26 , 20 23 , by the method(s) specified below, the following documents were served *(list in space provided)*:

1. Motion for Relief from Automatic Stay;  2. Notice of Hearing on Motion for Relief from Automatic Stay;  3. Declaration of Jun Kimura in Support thereof;  4. Exhibit Index;  5. Relief from Stay Summary Sheet.


**or** ☐ those documents described in the list appended hereto and numbered **Attachment 4.**

5. **Who is Being Served**
   Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

| | |
|---|---|
| ☑ Debtor(s) | ☐ All creditors and parties in interest (Notice of Hearing only) |
| ☑ Debtor's attorney(s) | ☐ Only creditors that have filed claims (Notice of Hearing only) |
| ☑ Trustee | ☐ All creditors and parties in interest |
| ☑ U.S. Trustee | ☐ Fewer than all creditors *(check at least one below)* |
| ☑ Attorneys of record who have appeared in the Bankruptcy Case, the Adversary Proceeding, or contested matter. | ☐ Creditors that have filed claims |
| ☐ Plaintiff(s) | ☐ Creditors holding allowed secured claims |
| ☐ Defendant(s) | ☐ Creditors holding allowed priority unsecured claims |
| ☐ All committee members | ☐ Creditors holding leases or executory contracts that have been assumed |
| ☐ Attorney for committee members | ☐ 20 largest creditors |
| ☐ Equity security holders | ☐ Administrative claimants |
| ☑ Persons who have filed a Request for Notice | ☐ Other party(ies) in interest |

6. **How Service is Accomplished**

   A. ☐ **Rule 7004 Service.** *(Check at least one, if applicable.)*

      1. ☐ **First Class Mail**

         Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A1***.

      2. ☐ **Certified Mail**

         Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A2***.

      3. ☐ **Publication**

         Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered ***Attachment 6A3***.

   B. ☑ **Rule 5 and Rules 7005, 9036 Service** *(Check at least one, if applicable.)*

      1. ☑ **Electronic Service on Registered Users of the Court's Electronic Filing System.**

         Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B1***.

      2. ☑ **U.S. Mail**

         Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

         a. **Parties in interest**

            ☐ **Clerk's Matrix of Creditors.** A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B2***. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading. WARNING: If "raw data format" of the Clerk's Matrix of Creditors is Attachment 6B2, the signer of the Certificate of Service hereby swears that no changes to the matrix have been made except (1) formatting; and/or (2) "X" ing out of person not served. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

            ☑ **List Other Than the Clerk's Matrix of Creditors.** Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered ***Attachment 6B2***.

         b. ☑ **Request for Special Notice List.** A copy of the Clerk of the Court's matrix of creditors who have filed a Request for Special Notice is appended hereto and numbered ***Attachment 6B3***.

         c ☐ **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered ***Attachment 6B4***.

      3. ☐ **Other Methods of Service**

         Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A)-(F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered ***Attachment 6B5***.

7. **Who Accomplished Service**

   A. **Attorney/Trustee** *(Check as many as apply)*

   **Rule 7004 Service**
   - [x] § 6A(1): First Class Mail
   - [ ] § 6A(2): Certified Mail
   - [ ] § 6A(3): Publication

   **Rule 5 Service**
   - [x] § 6B(1): Elec. Service on Registered e-Filers
   - [x] § 6B(2)(a): U.S. Mail
   - [x] § 6B(2)(b): Request for Special Notice
   - [ ] § 6B(2)(c): Other Parties in Interest § 5
   - [ ] § 6B(3): Other Methods of Service

   B. **Third Party Service Provider** *(Check as many as apply)*

   **Rule 7004 Service**
   - [ ] § 6A(1): First Class Mail
   - [ ] § 6A(2): Certified Mail
   - [ ] § 6A(3): Publication

   **Rule 5 Service**
   - [ ] § 6B(1): Elec. Service on Registered e-Filers
   - [ ] § 6B(2)(a): U.S. Mail
   - [ ] § 6B(2)(b): Request for Special Notice
   - [ ] § 6B(2)(c): Other Parties in Interest § 5
   - [ ] § 6B(3): Other Methods of Service

**Attorney/Trustee** *(includes regularly employed staff members):*

I swear under penalty of perjury that: (1) the representations in Sections 1-5 hereof are true and correct; and (2) I served those parties in interest marked in Section 7A in the manner set forth in the referenced portion of Section 6.

Executed on January 26, 2023, at San Diego, California.

Missy Kresl
Print Name

/s/Missy Kresl
Signature

**Third Party Service Provider** *(if applicable):*

I am over the age of 18 years and not a party to the above-entitled case. I swear under penalty of perjury that I served those parties in interest marked in Section 7B in the manner set forth in the referenced portion of Section 6.

Executed on _____, 20____, at _____.
City    State

Name

Company Name

Address

City    State    Zip Code

EDC Form 7-005, Rev. 10/22

4

Filed 01/26/23　　　Case 22-11907　　　Doc 683



## Matrix of Registered Users of the Electronic Filing System
### Case Name: FREON LOGISTICS
### Case Number: 22-11907
### Date: 1/25/2023 2:27 PM

Office of the U.S. Trustee / Trustee / ustpregion17.fr.ecf@usdoj.gov

Jeffrey Vetter / Trustee / jeffreyvetter@hotmail.com

Leonard Welsh / Attorney / lwelsh@lkwelshlaw.com

Jorge Gaitan / Attorney / jorge.a.gaitan@usdoj.gov

Raymond Policar / Attorney / policarlaw@att.net

Steven Gubner / Attorney / sgubner@bg.law

Jennifer Crastz / Attorney / JCRASTZ@HRHLAW.COM

Thomas Mouzes / Attorney / tmouzes@boutinjones.com

Matthew Olson / Attorney / olson.matt@dorsey.com

Riley Walter / Attorney / RIBTecf@wjhattorneys.com

Andrew Alper / Attorney / aalper@frandzel.com

Kevin McEleney / Attorney / kmceleney@uks.com

Paul Ready / Attorney / becky@farmerandready.com

Rachel Stoian / Attorney / stoian.rachel@dorsey.com

Brian Healy / Attorney / brian@tw2law.com

Lauren Rode / Attorney / rode@g-tlaw.com

Russell Reynolds / Attorney / rreynolds@ch-law.com

Brett Ramsaur / Attorney / brett@ramsaurlaw.com

Marsha Houston / Attorney / mhouston@reedsmith.com

Christopher Rivas / Attorney / crivas@reedsmith.com

Holly Nolan / Attorney / holly@sglwlaw.com

Randall Mroczynski / Attorney / rmroczynski@cookseylaw.com

Charles Whitman / Attorney / cwhitman@buchalter.com

**Attachment 6B1**



## Matrix of Registered Users of the Electronic Filing System
### Case Name: FREON LOGISTICS
### Case Number: 22-11907
### Date: 1/25/2023 2:27 PM

Raffi Khatchadourian / Attorney / raffi@hrhlaw.com

Chris Kuhner / Attorney / c.kuhner@kornfieldlaw.com

Thomas Griffin / Attorney / tgriffin@hsmlaw.com

D. Gardner / Attorney / dmgardner@dmaxlaw.com

Evan Strassberg / Attorney / esstrassberg@michaelbest.com

Valerie Peo / Attorney / vbantnerpeo@buchalter.com

Jacob Eaton / Attorney / jeaton@zimmermelton.com

In re Freon Logistics, Inc.
*Eastern District Bankruptcy Court Case No. 22-11907*

### Service List - Attachment 6B2

**Debtor**
Freon Logistics
8200 North Laurelglen Blvd., #1906
Bakersfield, CA 93311

**Attorney for Debtor**
Leonard K. Welsh, Esq.
1800 30th Street, Fourth Floor
Bakersfield, CA 93301
Email: lwelsh@lkwelshlaw.com
Email: lwelsh@lkwelshlaw.com

**Chapter 7 Trustee**
Jeffrey M. Vetter
P.O. Box 2424
Bakersfield, CA 93303

**Attorney for Chapter 7 Trustee**
D. Max Gardner, Esq.
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301

**U.S. Trustee**
Office of the U.S. Trustee
Robert T. Matsui United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

**U.S. Trustee**
Tracy Hope Davis
Attn: Jorge A. Gaitan
501 I Street, #7-500
Sacramento, CA 95814

**Attorney for U.S. Trustee**
Jorge A. Gaitan, Esq.
501 I Street, #7-500
Sacramento, CA 95814
Telephone: (916) 930-2100
Email: jorge.a.gaitan@usdoj.gov

**Attachment 6B2**



**Request for Special Notice Filed**
**Case Name: FREON LOGISTICS**
**Case Number: 22-11907**
**Date: 1/25/2023 2:32 PM**

---

Volvo Financial Services
Jennifer Witherell Crastz, Esq
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436-2829

TBK Bank, SSB
Matthew J. Olson
Dorsey & Whiney LLP
167 Hamilton Avenue #200
Palo Alto, CA 94301

Ally Bank
Attn: Ally Bank Department
AIS Portfolio Services, LLC
4515 N Santa Fe Ave Dept. APS
Oklahoma City, OK 73118

E. M. Tharp, Inc.
Wanger Jones Helsley
Attn: Riley C. Walter
265 E River Park Circle #310
Fresno, CA 93720

COMMERCIAL CREDIT GROUP INC.
c/o Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017

TBK Bank, SSB
Rachel P. Stoian
Dorsey & Whitney LLP
167 Hamilton Avenue #200
Palo Alto, CA 94301

Indigo Commercial Funding, LLC
Tierney, Watson & Healy
Attn: Brian S. Healy
48 Gold Street, Fl 1
San Francisco, CA 94133



**Request for Special Notice Filed**
**Case Name: FREON LOGISTICS**
**Case Number: 22-11907**
**Date: 1/25/2023 2:32 PM**

The Huntington National Bank
Coleman & Horowitt, LLP
499 West Shaw, Suite 116
Fresno, CA 93704

Wallwork Financial Corporation
Jacqueline L. James, Esq.
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436-2829

Ascentium Capital, LLC
c/o Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Blvd 19th Fl
Los Angeles, CA 90017

MITSUBISHI HC CAPITAL AMERICA INC.
Holly J. Nolan
Solomon Grindle Lidstad & Wintringer APC
11512 El Camino Real #360
San Diego, CA 92130

M&T Equipment Finance Corporation
c/o Frandzel Robins Bloom & Csato, L.C
Attn: Andrew K. Alper
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017

Aperia Technologies
Chris D. Kuhner, Esq
Kornfield, Nyberg, Bendes, Kuhner & Litt
1970 Broadway, Suite 600
Oakland, CA 94612

Tracy Davis
Attn: Jorge A. Gaitan
501 I St #7-500
Sacramento, CA 95814



**Request for Special Notice Filed**
**Case Name: FREON LOGISTICS**
**Case Number: 22-11907**
**Date: 1/25/2023 2:32 PM**

Western Truck Parts & Equipment Company
Law Offices of Raymond A. Policar
PO Box 74093
Davis, CA 95617

Ryder Truck Rental, Inc.
BG LAW LLP
21650 Oxnard St Suite 500
Woodland Hills, CA 91367

PACCAR Financial Corp.
c/o Thomas G. Mouzes
555 Capitol Mal #1500
Sacramento, CA 95814

M&T Capital and Leasing Corporation
Kevin J. McEleney
Updike, Kelly & Spellacy, P.C.
225 Asylum Street 20th Floor
Hartford, CT 06103

Continental Bank
Brett H. Ramsaur
Ramsaur Law Office
27075 Cabot Road #110
Laguna Hills, CA 92653

Wells Fargo Equipment Finance, Inc.
Reed Smith LLP
355 S Grand Ave #2900
Los Angeles, CA 90071

ReefCo, LLC
BUCHALTER
655 W Broadway Ste. 1600
San Diego, CA 92101

Midland States Bank
Buchalter, A Professional Corporation
425 Market St #2900
San Francisco, CA 94105